# UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAFAEL ENRIQUE RUIZ GARZA, | : | |
| Petitioner | : | CIVIL ACTION NO.: 3:15-CV-0647 |
| | : | (Judge Nealon) |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| Respondent | : | |

## ORDER

**AND NOW, THIS 15TH DAY OF APRIL, 2015**, upon consideration of Petitioner's pro se motion for immediate deportation, (Doc. 1), **IT IS HEREBY ORDERED THAT**:

1. The Court construes Petitioner's motion for immediate deportation, (Doc. 1), as a petition seeking habeas corpus relief pursuant to 28 U.S.C. § 2241.

2. The Clerk of Court is directed to **TRANSFER** the above-captioned action to the United States District Court for the Western District of Pennsylvania.

3. This Court's April 10, 2015, Administrative Order, (Doc. 2), requiring Petitioner to either pay the appropriate filing fee, or file this Court's in forma pauperis application is **VACATED**. Financial determinations shall be left to the transferee court.

4. The Clerk of Court is directed to **CLOSE** this case.

/s/ William J. Nealon
**United States District Judge**